# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRINCE ESHAN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CALIFORNIA CORRECTIONAL HEALTH CARE SERVICES,<br><br>　　　　　Defendant. | Case No.  CV 16-06674-RGK (RAO)<br><br>**JUDGMENT** |

IT IS ADJUDGED that the action is dismissed without prejudice.

DATED: 2/6/2017

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　R. GARY KLAUSNER
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE